## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 12-484** |
| | : | |
| **CURTIS CRAWFORD** | : | |

## ORDER

**NOW**, this 22nd day of September, 2016, upon consideration of the Motion to Vacate, Set Aside, or Correct the Sentence Under 28 U.S.C. § 2255 (Document No. 67) and the government's response, it is **ORDERED** that the motion is **DENIED**.

      /s/Timothy J. Savage
      TIMOTHY J. SAVAGE, J.